# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TANISHA NESMITH,                              : No. 167 EAL 2016
                                             :
               Petitioner   :
                                             :
                                             : Petition for Allowance of Appeal from
           v.   : the Order of the Commonwealth Court
                                             :
                                             :
WORKERS' COMPENSATION APPEAL               :
BOARD (SOUTHEASTERN                         :
PENNSYLVANIA TRANSPORTATION                 :
AUTHORITY),                                  :
                                             :
             Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal and Application for Leave to Amend are **DENIED**.